UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CARRIE JO ABSHIRE,                    §
            Plaintiff                 §
                                      §
VS.                                   §          CASE NO. 1:13-CV-146
                                      §
                                      §
CAROLYN W. COLVIN,                    §
Commissioner of Social Security       §
            Defendant.                §

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United

States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.

The court has received and considered the Report of the United States Magistrate Judge pursuant

to such order, along with the record and pleadings.  No objections to the Report of the United

States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate

Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**.  A Final

Judgment will be entered separately, remanding this case under the fourth sentence of 42 U.S.C.

§ 405(g) to the Commissioner of Social Security Administration for further administrative

proceedings before an Administrative Law Judge (ALJ).

So **ORDERED** and **SIGNED** this **5**   day of **September, 2014.**

_____
Ron Clark, United States District Judge